379 A.2d 595

Commonwealth v. Labor, Appellant.

Submitted March 21, 1977. David Huganir, Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.